UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC. | * | CASE NO.: 2:14-cv- 00145 |
| | * | |
| VERSUS | * | |
| | * | JUDGE: JANE TRICHE MILAZZO |
| CAJUN ICE OF BOUTTE, LLC | * | |
| AND BRIAN FABRE | * | |
| | * | MAGISTRATE JUDGE: DANIEL E. KNOWLES |

## NOTICE OF COMPROMISE AND SETTLEMENT

To the Honorable Jane Triche Milazzo, presiding judge, and the Honorable Daniel E. Knowles, magistrate judge:

**PLEASE TAKE NOTICE** that all parties have compromised and settled their disputes contingent upon the defendants' payment in eight (8) equal monthly installments of the agreed upon settlement funds beginning on May 15, 2015 and continuing on the same date of each successive consecutive montth until paid secured by a consent judgment to be retained in plaintiff's counsel's file pending payment by the defendants as agreed upon.

Baton Rouge, Louisiana this 21st day of May, 2014.

> Respectfully Submitted:
> The Berthelot Law Firm, LLC
> 1660 Thibodeaux Avenue
> Baton Rouge, Louisiana 70802
> (225) 454-0488—cell phone
> 1-484-842-8566–facsimile
> ronniejberthelot@gmail.com
>
> By: s/Ronnie J. Berthelot
> Ronnie J. Berthelot
> LSBA bar roll no. 1012, T.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC. | * | CASE NO.: 2:14-cv- 00145 |
| | * | |
| VERSUS | * | |
| | * | JUDGE: JANE TRICHE MILAZZO |
| CAJUN ICE OF BOUTTE, LLC | * | |
| AND BRIAN FABRE | * | |
| | * | MAGISTRATE JUDGE: DANIEL E. KNOWLES |

Certificate

I certify that I mailed a copy of the foregoing "Notice" to the following persons:

Cajun Ice of Boutte, Inc.
13459 Highway 90
Boutte, LA 70039

Brian Fabre
322 Beaupre Drive
Luling, LA 70070

by placing the copy in the U.S. Mail properly addressed and postage pre-paid on May 21, 2014.

/s/Ronnie J. Berthelot
Ronnie J. Berthelot