## The Berthelot Law Firm, LLC
### 1660 Thibodeaux Ave.
### Baton Rouge, Louisiana 70806

Ronnie J. Berthelot
Writer's Contact Information:
Email: RonnieJBerthelot@gmail.com

Fax: 1.484.842.8566

Phone: 225.454.0488

May 22, 2014

Via facsimile to (504) 589-7521
Honorable Jane Triche Milazzo
United States District Judge
500 Camp Streeet
New Orleans, LA
**Attention: Law Clerk/Judicial Assistant**

Re: Joe Hand Promotions, Inc.
versus
Cajun Ice of Boutte, LLC and Brian Fabre
Case No.2:14-cv-145
United States District Court, Eastern District of Louisiana

Dear Madame/Sir

The parties have settled and compromised their differences. The settlement will conclude 8 months from now depending upon payment of the agreed upon sum of money within the payment period. If it is possible to hold the matter open until then, please do so. Thank you for your help.

Kindest regards,

The Berthelot Law Firm, LLC
By: _____
Ronnie J. Berthelot

cc: Cajun Ice of Boutte, LLC
Brian Fabre
Joel Chaisson, Esq.